AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### EASTERN    DISTRICT OF    TEXAS

UNITED STATES OF AMERICA
V.
ANTHONY JOSEPH HAMMER

## EXHIBIT LIST

Case Number:  4:22mj114 KPJ

| PRESIDING JUDGE | | | | | GOVERNMENT ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Kimberly C. Priest-Johnson | | | | | Ryan Locker | George Milner |

| HEARING DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|---|---|---|---|
| 3/15/2022 | | | | | FTR | J. Amerson |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/15/2022 | X | X | Photos 001001 - 001028 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



001001

U.S. v. Hammer
4:22-MJ-114
Government's Exhibit
1



001002





001004



001005



001006



001007





001009



001010



001011



001012







001015













001021





001023



001024



001025





001027



001028